Name: Sara Parada
Address: 734 W 300 S provo, ut 84601
Telephone: 385-204-8410

FILED US District Court-UT
OCT 07 '22 PM 03:14

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

Parada
Plaintiff,

vs.

Pennington
Defendant(s).

MOTION to/for: Remove attorney

Case No: 2:21 CV 00534 TS
Judge:

I, Sara A Parada, representing myself without a lawyer, move to/for a New Attorney's under the following statute(s)/rule(s) (if known) _____ for the following reason(s): Eric has lie to me, Negotiate without My concent. and Did not communicate almost Nothing about My case, also He tried Many times to have me sign papers to give him and his firm friend a full power of a settlement for his own Benefit, They upset Because I did not take their offer and on Friday 30 I let him know to that I was going foward with other attorney He then filled Motions against me. also He is upset Because I did not agree on sign a contract to let his

staggy financial benefit power of my son's settlement, a settlement tha he never told me How much Money it is. (27. Million)
I sent him a termination letter
He sent me a letter almost threatening me. this is why I'am Begging You to Remove him from My case in Behalf of My Son Daniel. P.

DATED: 10-7-22

_Sara Parada_
Signature

CERTIFICATE OF SERVICE

I certify that on _____ a copy of the above motion was served, by first class U.S. mail, fax, email, or hand-delivery, to _____

at _____

(Opposing party or counsel)

_____
(Address)

_____

_____

Dated: _____        _____
                                Signature