TRINA A. HIGGINS, United States Attorney (7349)
AMANDA A. BERNDT, Assistant United States Attorney (15370)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
(801) 524-5682
amanda.berndt@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| SARA PARADA, individually and as parent/guardian acting for and on behalf of D.P., a minor child,<br><br>Plaintiff,<br><br>v.<br><br>DAVID PENNINGTON, M.D., *et al.*,<br><br>Defendants. | **JOINT MOTION FOR AMENDED SCHEDULING ORDER**<br><br>Case No. 2:21-cv-00534-TS-JCB<br><br>Judge Ted Stewart<br>Magistrate Judge Jared C. Bennett |

Pursuant to FED. R. CIV. P. 16(b)(4), the parties, by and through their counsel, hereby jointly move the Court for the entry of the attached Proposed Second Amended Scheduling Order.

The parties seek to extend the remaining discovery deadlines by approximately 120 days. This extension is necessary because new counsel for plaintiff Sara Parada has appeared and needs time to review the discovery completed to date. Additionally, there are several motions pending that need to be resolved before fact discovery can be completed. And finally, an extension is necessary to accommodate counsel's schedules.

WHEREFORE, for good cause shown, the parties request that the Court enter the attached proposed amended scheduling order in this matter.

Dated this 31st day of October, 2022.

                                  TRINA A. HIGGINS
                                United States Attorney

                                */s/ Amanda A. Berndt*
                                AMANDA A. BERNDT
                                Assistant United States Attorney

*Agreed to by*:

THE BARLOW LAW FIRM, LLC

*/s/ Matthew Barlow (signed with permission)*
MATTHEW BARLOW

*Counsel for Plaintiffs*

CAMPBELL, WILLIAMS, FERENCE & HALL

*/s/ Dave Ference (signed with permission)*
DAVE FERENCE

*Counsel for Defendants David Pennington, M.D. and Pennington Medical Center PLLC dba Pennington Women's Center*

RICHARDS BRANDT MILLER NELSON

*/s/ Robert G. Wright (signed with permission)*
ROBERT G. WRIGHT

*Counsel for Defendants IHC Health Services dba Utah Valley Hospital and IHC Health Services, Inc. dba Intermountain Medical Group*

EPPERSON & OWENS P.C.

*/s/ Steve Owens (signed with permission)*
STEVE OWENS

*Counsel for Defendants Sean J. Henderson, D.O., Bradley C. Burton, PA-C, and Granger Medical Clinic, P.C.*

G. ERIC NIELSON & ASSOCIATES

*/s/ Marianne P. Card (signed with permission)*
MARIANNE P. CARD