G. ERIC NIELSON (5327)
MARIANNE P. CARD (14953)
*G. ERIC NIELSON & ASSOCIATES*
4790 South Holladay Boulevard
Salt Lake City, Utah 84117
Telephone: (801) 424-9088
Facsimile: (801) 438-0199
Email: ericnielson@ericnielson.com
      mariannecard@ericnielson.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**

**NORTHERN DIVISION**

| | |
|---|---|
| IN THE INTEREST OF D.P.,<br><br>an incapacitated minor, | **REPLY IN SUPPORT OF OBJECTION TO MAGISTRATE'S ORDER ON PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM**<br><br>Case No.: 2:21-cv-00534-CMR<br><br>Judge: Ted Stewart<br>Magistrate Judge: Jared C. Bennett |

Petitioner hereby replies in support of the Objection to the November 11, 2022 Order of the Magistrate denying the request to appoint a guardian ad litem to protect the interests of D.P., an incapacitated minor.

1




3













DATED this 29th day of December 2022

                                      G. ERIC NIELSON & ASSOCIATES

                                      */s/ G. Eric Nielson*
                                      G. Eric Nielson
                                      Marianne Card
                                      *Attorneys for Petitioner*

**CERTIFICATE OF SERVICE**

I, certify, that on the 29th of December 2022, the following individuals were served with a true and correct copy of the foregoing via the court's electronic service CM/ECF as follows:

Amanda A. Berndt
Jeffrey E. Nelson
U.S. DEPARTMENT OF JUSTICE
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
amanda.berndt@usdoj.gov
jeff.nelson@usdoj.gov
*Attorneys for the United States of America*

Stephen W. Owens
James T. Egan
Nourin N. Abouraham
EPPERSON & OWENS, P.C.
10 West 100 South, Suite 500
Salt Lake City, UT 84101
sowens@eolawoffice.com
jegan@eolawoffice.com
nabourahma@eolawoffice.com
*Attorneys for Defendants Sean J. Henderson, DO, Bradley C. Burton, PA-C, and Granger Medical Clinic, PC*

Robert G. Wright
Rafael A. Seminario
Sean Leonard
RICHARDS BRANDT MILLER NELSON
111 East Broadway, Suite 400
P.O. Box 2465
Salt Lake City, Utah 84110-2465
robert-wright@rbmn.com
rafael-seminario@rbmn.com
sean-leonard@rbmn.com
*Attorneys for Defendants IHC Health Services, Inc. dba Utah Valley Hospital, and IHC Health Services, Inc. dba Intermountain Medical Group*

J. Dave Ference
Derek J. Williams
CAMPBELL, WILLIAMS, FERENCE & HALL
3920 South 1100 East, Suite 250
Millcreek, UT 84124
dave@cwfhlaw.com
derek@cwfhlaw.com
*Attorneys for Defendants David Pennington, M.D.; and Pennington Medical Center PLLC dba Pennington Women's Center*

**Via Email:**

Benjamin Ruesch
RUESCH & REEVE, PLLC
86 N. 3400 W., Bldg. C Ste. 101
Hurricane, Utah 84737
ben@rrlegal.com

Matthew I. Barlow (Pro Hac Vice)
The Barlow Law Firm, LLC
HC 65 Box 537
3285 S. Hwy 389, #101
Fredonia, Arizona 86022
matt@barlowlawgroup.com
*Attorneys for Plaintiff Sara Parada*

                                                */s/ Dawn Riganto*
                                                Dawn Riganto
                                                Paralegal